UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTISS M. JONES,<br><br>     Plaintiff,<br><br>  v.<br><br>SHERRY HARTFORD,<br><br>     Defendant. | No.  4:14-cv-05042-EFS<br><br>**ORDER DISMISSING ACTION** |

By Order filed May 30, 2014, the Court directed Mr. Jones to either provide the *in forma pauperis* application sent to him on March 31, 2014, as required by 28 U.S.C. § 1915(a)(1), or to pay the $400.00 fee ($350.00 filing fee, plus $50.00 administration fee) to commence this action under 28 U.S.C. § 1914(a).  Plaintiff was cautioned that failure to comply with the Order would result in the dismissal of this action.

Mr. Jones has filed nothing further.  Therefore, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to prosecute and for failure to obey a court Order under Rule 41(b).

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and to close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 9th day of July 2014.

          s/Edward F. Shea
          EDWARD F. SHEA
     Senior United States District Judge

Q:\EFS\Civil\2014\prisoner14cv5042efs7-9-dismissfoo.docx

ORDER DISMISSING ACTION -- 1